United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **JOHN TRCKA,** § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 6:21-CV-00035 |
| § | |
| **ATZENHOFFER CHEVROLET** § | |
| **COMPANY, INC.,** § § | |
| **Defendant.** § | |

# FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff's claims, and the Defendant is entitled to judgment as a matter of law.

Accordingly, the Plaintiff's claims against the Defendant are **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

This is a **FINAL JUDGMENT**.

Signed on March 27, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**